# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 18-14286-AMC

SHAWNNETTE DENISE JOHNSON

869 NORTH MOSS STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAWNNETTE DENISE JOHNSON

869 NORTH MOSS STREET

PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

    PRO-SE
    *
    *
    *, * *

Date: 8/23/2018

/S/ William C. Miller

William C. Miller, Esquire
Chapter 13 Standing Trustee