# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14286-AMC

SHAWNNETTE DENISE JOHNSON

869 NORTH MOSS STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SHAWNNETTE DENISE JOHNSON

    869 NORTH MOSS STREET

    PHILADELPHIA, PA 19139

Counsel for debtor(s), by electronic notice only.

    PRO-SE

Date: 12/13/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee