## Bankruptcy Validation Letter

November 30, 2022

Shawnnette Johnson
4181 Leidy Ave
Philadelphia, PA 19104

To:
US Bankruptcy Court Federal
900 Market Street Ste400
Philadelphia, PA 19107

DEC 1 5 2022

To whom this may concern

I have THREE public records reporting on my credit report, to be clear it's THREE Bankruptcy Chapter 7 and I find it shocking that the credit bureaus are saying that you provided them with the incorrect information!

I am aware of the LAW and Under the Fair Credit Reporting Act or FCRA for short, I can start a dispute with the furnisher of information directly, and the credit bureaus notified me to contact you.

How ever to my under standing the courthouse doesn't provide information to the credit bureaus, but the credit bureaus are saying that you do, so I'm confused.

Can you please provide me documentation confirming that you do not provide information to the credit reporting agencies aka Credit Bureaus?

Bankruptcy Chapter 7
Credit Name: US BKPT CT PA Philadelphia
Case #1917840AMC
Filed Date: 12/17/2019
Status: Unknown

Bankruptcy Chapter 7
Credit Name: US BKPT CT PA Philadelphia
Case #1912077AMC
Filed Date: 04/01/2019
Status: Unknown

Bankruptcy Chapter 7
Credit Name: US BKPT CT PA Philadelphia
Case #1814286AMC
Filed Date: 06/28/2018
Status: Unknown

# Public Records

A public record means a court action was taken against you and has been added to your credit report.

| | | |
|---|---|---|
| ⓘ | Court name: US BKPT CT PA PHILADEL<br>Status: | Date Filed: 12.17.2019<br>Reference number: 1917840AMC | Type: |

1

| | | |
|---|---|---|
| ⓘ | Court name: US BKPT CT PA PHILADEL<br>Status: | Date Filed: 04.01.2019<br>Reference number: 1912077AMC | Type: |

2

| | | |
|---|---|---|
| ⓘ | Court name: US BKPT CT PA PHILADEL<br>Status: | Date Filed: 06.28.2018<br>Reference number: 1814286AMC | Type: |

3

# Collections Accounts

Debts that have been turned over to a third-party collection agency.

ⓘ **Portfolio Recov Assoc**
Balance $628

Original Creditor: Not Available

| COLLECTIONS | 798192********** | 02.19.2017 | 09.23.2022 |
|---|---|---|---|
| | Act. # | Opened | Reported |

**Closed**
Condition

Compare this account across all bureaus.

Show Comparison

Creditor Contact: 150 CORPORATE BLVD, NORFOLK, VA 23502 | (757) 519-9300

Close Details

  **Caine & Weiner**
Balance $605

Original Creditor: Not Available